IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AR DESIGN INNOVATIONS LLC, § <br> *Plaintiff*, § <br> v. § <br> § <br> ROVE CONCEPTS LTD., § <br> *Defendant*. § | § <br> § <br> § <br> CIVIL ACTION NO. 2:23-CV-00310-JRG <br> § <br> § |

## ORDER

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed by Plaintiff AR DESIGN INNOVATIONS LLC ("Plaintiff") and Defendant ROVE CONCEPTS LTD. ("Defendant" and with Plaintiff, the "Parties"). (Dkt. No. 28.) In the Stipulation, the Parties agree under Rule 41(a)(1)(A)(ii) to dismiss Plaintiff's claims in the above-captioned case with prejudice, and to dismiss Defendant's counterclaims without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims Plaintiff asserted in the above-captioned case against Defendant are **DISMISSED WITH PREJUDICE**, and all counterclaims Defendant asserted in the above-captioned case against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

## So Ordered this

**Aug 26, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE